No. 95–5424. MARTIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–5425. JORDAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5426. MONCAYO v. GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied.

No. 95–5427. MALLORY v. GILMORE ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–5428. KOWALSKI v. CARSON. C. A. 9th Cir. Certiorari denied.

No. 95–5429. MARCANTONIO v. RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 95–5430. LEE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–5431. MINOR v. HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 95–5432. MCGEE v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 95–5433. CARR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–5435. STAFFORD v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–5436. SMITH v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 95–5437. ONYEKWULUJE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–5438. RACICH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.